Request GRANTED, as modified below.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BUFFALO NAVAL PARK COMMITTEE
INC.,

Plaintiff,

-against-

WATER QUALITY INSURANCE
SYNDICATE,

Defendant.
-----------------------------------------------------------X

Dated: July 2, 2026
        New York, New York
 **SO ORDERED.**

 *Jennifer Rochon*
 **JENNIFER L. ROCHON**
 **United States District Judge**

   Case No. 1:25-cv-06344 (JLR)

Dear Judge Rochon:

We represent Defendant Water Quality Insurance Syndicate ("WQIS") and submit this joint letter on behalf of WQIS and Plaintiff Buffalo Naval Park Committee Inc. ("BNP") to request a modification of the Court's Scheduling Order.

Specifically, the Parties request that the Scheduling Order be extended approximately one (1) month as follows:

- Depositions: ~~Friday, October 30, 2026~~ (from July 26, 2026); **October 2, 2026**

- Fact Discovery Completion Deadline: ~~Monday, December 14, 2026~~ (from August 30, 2026); **November 6, 2026**

- Plaintiff's FRCP 26(a)(2) Expert Disclosures: ~~Monday, January 25, 2027~~ (from September 27, 2026); **November 27, 2026**

- Defendant's FRCP 26(a)(2) Expert Disclosures: ~~Friday, February 26, 2027~~ (from October 28, 2026); **December 28, 2026**

- Completion of all expert discovery: ~~Wednesday, March 31, 2027~~ (from November 30, 2026); **January 29, 2027**

- Completion of all discovery: ~~Friday, April 30, 2027~~ (from December 16, 2026); **February 15, 2027**

- Adjournment of post-discovery pre-trial conference from December 16, 2026: ~~As the Court determines~~. March 10, 2027, at 10:00 a.m.

This is the parties' second joint request to extend discovery.  Discovery is already underway in this case. Following the initial conference on December 17, 2025, the parties served their initial disclosures under Rule 26, as well as interrogatories under Rule 33, requests for production under Rule 34, and responses thereto.

The reason for the extension request is that undersigned counsel for WQIS is currently the principal caregiver for a member of his family who recently underwent a bone marrow transplant.  Counsel is required to isolate and quarantine with the family member through August.  Thereafter, counsel will be able to travel and take and defend depositions in this case in New York and Buffalo.

We thank the Court for its consideration.

Respectfully Submitted,

By:  */s/ John M. Woods*
John M. Woods
Constantine J. Hadjipateras
2 Grand Central Tower
140 E 45th Street
Suite 26A
New York, New York 10017
Tel: (212) 710-3900
Fax: (212) 710-3950
Email: john.woods@clydeco.us

*Attorneys for Defendant-Counterclaim*
*Plaintiff Water Quality Insurance Syndicate*

cc: John T. Kolaga